01
02
03
04
05
06

07              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
08                       AT SEATTLE

09 ALONZO BRADLEY,

10              Plaintiff,                Case No. C12-2020-RSM

11     v.
                                          ORDER GRANTING DEFENDANT'S
12 CYNTHIA GOINS,                         MOTION FOR SUMMARY
                                          JUDGMENT
13              Defendant.

14

15      The Court, having reviewed plaintiff's complaint, defendant's motion for summary

16 judgment and all related briefing, the Report and Recommendation of the Honorable Mary

17 Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

18 Order:

19      (1)   The Court adopts the Report and Recommendation.

20      (2)   Defendant's motion for summary judgment (Dkt. No. 12) is GRANTED.

21      (3)   Plaintiff's request for preliminary injunctive relief (Dkt. No. 9) is DENIED as

22 moot.

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT - 1

01       (4)    Plaintiff's complaint and this action are DISMISSED with prejudice.

02       (5)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

03 defendant, and to Judge Theiler.

04       DATED this 9 day of September 2013.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT - 2